EXHIBIT A

THIS FORM MUST BE

# PROPERTY CLERK INVOICE
PD 521-141 (Rev. 11-09)

**R74 258**

- ☒ ARREST EVIDENCE ☐ DNA ARREST EVIDENCE ☐ FORFEITURE ☐ FOUND PROPERTY ☐ PEDDLER PROPERTY
- ☐ INVESTIGATORY ☐ DNA INVESTIGATORY ☐ DECEDENT'S PROPERTY ☐ SAFEKEEPING ☐ OTHER:

| Field | Value |
|---|---|
| Invoicing Officer Rank/Name | PO Cabrera |
| Command | PSA 2 |
| Invoice Date | 1/6/11 |
| Invoicing Command | 075 |
| Arresting Officer Rank/Name | PO Cabrera |
| Command | PSA 2 |
| Complaint No. | 2011-075-00270 |
| Arrest Date | 1/5/11 |
| Charge/Offense Under Investigation | CPW-265.03(1) |
| Finder of Property | PO Vlad Ravich |
| Address | 560 Sutter Ave Brooklyn, NY 11027 |
| Telephone No. | 7189228001 |
| Owner of Property | Estrada, Maynor |
| Address | 2081 Salisbury Park Road Westbury, NY |
| Complainant's Last Name, First Name | PSNY |
| Prisoner's Last Name, First Name, M.I. | Estrada, Maynor |
| D.O.B. | 5/2/67 |
| Address | 2081 Salisbury Park Road Westbury, NY |
| Arrest No. | K11601757 |

Additional Invoice Nos. Related to This Case Including Vehicles: R749259 | R749260 | r749276

| ITEM No. | QTY | ARTICLE | CASH VALUE USC only | PEDDLER/LEAD SEAL No. | SEC/NARCO ENVELOPE No. |
|---|---|---|---|---|---|
| 1 | 1 | .22 Caliber revolver SN#142618 marked SC1 | | | 1200028745 |
| 2 | 8 | .22 Caliber bullets found in chamber marked SC2-SC9 | | | 1200028745 |
| | | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | |
| | | Above is a complete list of items vouchered | | | |

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK of this form).

Above is vouchered as arrest evidence. PSB#1200028745

| Invoicing Officer Rank/Name (Printed) | PO Cabrera | Command | PSA 2 |
|---|---|---|---|
| Supervisor Rank/Name (Printed) | | | |

**R749258**

DISTRIBUTION: 1. WHITE - PCD File Copy  2. 2nd WHITE - Inventory Unit Copy  3. YELLOW - PCD Work Copy
4. BLUE - Assigned Investigator's Copy  5. GREEN - ADA Copy  6. PINK - Prisoner/Finder Copy  7. GOLD - A/O's Copy

# ON LINE BOOKING SYSTEM ARREST WORKSHEET
PD 244-159 (Rev. 04-09)

**K116017572 M**

| Arrest No. | Arrest Pct. | Sector | DAT ☐Yes ☐No | Return Date | Officer Excused ☐Yes ☐No | Special Event Code |
|---|---|---|---|---|---|---|

**COMPLETE THIS SECTION ONLY FOR AN ARREST WHEN A COMPLAINT REPORT WAS PREVIOUSLY PREPARED**

| Original Complaint Pct. | Compl. # | Date | Offense | Complainant's Name (Last Name, First, M.I.) |
|---|---|---|---|---|

**REQUIRED ONLY FOR AN OCCB ARREST AND AN ARREST NOT REQUIRING A COMPLAINT REPORT**

**LOCATION OF OFFENSE**

- Time: 1950
- Date: 1/6/11
- Address/Location Of Offense: ☒ In Front Of — 275 Williams Av
- Cross Streets: &
- Jurisdiction: ☒ NYPD
- Premises Type: (blank)

**THE FOLLOWING INFORMATION MUST BE COMPLETED FOR ALL ARRESTS**

**ARRESTING OFFICER**
- Department: NYPD
- Command: PSA 2
- Shield No: 19166
- Rank: PO
- Last Name: Cabrera
- First: Samantha
- On Duty: ☒ Yes
- In Uniform: ☒ No
- Squad/Chart: S/M S/M
- Primary Assignment: ☒ Other Uniform

**ARREST INFORMATION**
- Time: 1950
- Date: 1/6/11
- Address/Location Of Arrest: ☒ In Front Of — 275 Williams Av
- Invoice #: K749258, Command 075, Type: ☒ Firearms
- Invoice #: K749259, Command 025, Type: ☒ Other

**DEFENDANT INFORMATION**
- Last Name: Estrada
- First: Maynor
- Date Of Birth: 5/8/67
- Age: 43
- Physical Condition: ☒ Apparently Normal

**CHARGES**

| | ATTEMPT? | LAW | SECTION | SUB. | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐Yes ☒No | AC | 24-163 | | A | Mis | 1 | Idling of Engine |
| 2nd Chg. | ☐Yes ☒No | PL | 265.03 | 1 | C | Fel | 1 | CPW |
| 3rd Chg. | ☐Yes ☐No | | | | | | | |
| 4th Chg. | ☐Yes ☐No | | | | | | | |
| 5th Chg. | ☐Yes ☐No | | | | | | | |

**NARRATIVE:** At tpo A/O observed deft in possession of a loaded firearm in plain view.

Rank/Title: PO Cabrera Samantha
Rank/Title Supervisor: Sgt. Reis
Command: PSA2 / NYPD

# COMPLAINT INFORMATION

| Field | Value |
|---|---|
| Pct | |
| Compl. # | |
| Date | |
| Offense | |
| Victim's Name | |
| Location Of Occ. | |
| Order Of Protection In Effect | ☐ Yes ☐ No |
| Issuing Court | |
| Docket # | |
| Exp. Date Of Order Of Protection | |
| Precinct Of Arrest | 075 |
| Arrest # | |
| Last Name | Estrada |
| First | Maynor |
| M.I. | |
| Nickname/Alias/Maiden Name | |
| Sex | ☒ Male ☐ Female |
| Date Of Birth | 5/2/67 |
| Age | 43 |
| Height | 5 ft 4 in |
| Weight | 220 |
| Race | ☐ White ☐ Black ☐ Am. Ind/Alaskan Native ☐ Asian/Pacific Is. ☒ Hisp. White ☐ Hisp. Black |
| Eye Color | BR |
| Hair Color | Black |
| Hair Length | Short |
| U.S. Citizen | ☐ Yes ☒ No |
| State/Country Of Birth | NY |
| Address | ☐ NYC ☐ NYS ☐ Other ☐ Homeless — 2041 Salisbury Park Drive |
| Apt#/Room# | |
| City | Westbury |
| State/Country | NY |
| Zip | 11540 |
| Resident Pct. | |

## PERPETRATOR

- Business Address:
- Home Phone No.:
- E-Mail Address:
- Business No.:
- Cell Phone No.:
- IMEI No.:
- Is Interpreter Needed For Further Investigation: ☐ Yes ☒ No
- If Yes, Indicate Language:
- Accent: ☒ Yes ☐ No
- Victim and Perp. Living Together: ☐ Yes ☒ No  ☐ Formerly Lived Together
- Can Identify Perp: ☒ Yes ☐ No
- Victim States Perp. Is:
  - ☐ Mother ☐ Uncle ☐ Son ☐ Grandchild ☐ Fiance/Fiancee ☐ Employer ☐ Stranger
  - ☐ Husband ☐ C/L Wife ☐ Guardian ☐ Aunt ☐ Daughter ☐ In-Law ☐ Boyfriend ☐ Co-Worker ☒ Unknown
  - ☐ C/L Husband ☐ Divorced ☐ Grandfather ☐ Brother ☐ Nephew ☐ Same Sex Partner ☐ Girlfriend ☐ Friend/Acquaintance
  - ☐ Wife ☐ Father ☐ Grandmother ☐ Sister ☐ Niece ☐ Other Relative ☐ Employee
- Social Security #:
- N.Y.C.H.A. Resident: ☐ Yes ☒ No — If Yes, Name Of Development:
- N.Y.C.H.A. Employee: ☐ On Duty ☐ Off Duty ☐ Unknown ☐ Yes ☐ No
- N.Y.C. Transit Employee: ☐ On Duty ☐ Off Duty ☐ Unknown ☐ Yes ☐ No

| Physical Force | Weapon | Gun | Caliber | Type | Gun Discharged |
|---|---|---|---|---|---|
| ☐ Used ☐ Threatened ☒ None | ☐ Used/Displayed ☒ Possessed ☐ Simulated ☐ None | ☒ Handgun ☐ Alleged Gun ☐ Zip Gun ☐ Toy Gun ☐ Shot Gun ☐ Machine Gun ☐ Rifle ☐ Other Gun (Specify) — Make: S+W  Color: Silver  Caliber: 22  Type: Revolver | 22 | Revolver | ☐ Yes ☒ No |

- Cutting Instrument: ☐ Boxcutter ☐ Knife ☐ Other
- ☐ Blunt Instrument
- ☐ Poison/Chemical Agents
- ☐ Bomb/Incendiary Device
- ☐ Other Weapon (Describe)

- Gang Affiliation: ☐ Yes ☒ No — If Yes, Indicate Name Of Gang:
- Gang Identifiers (Colors, Beads, Tattoos, Etc.):
- Used Subway System: ☐ Yes ☒ No — If Yes, Station Entered And Time:
- Metro Card: ☐ Used ☐ Possessed Only — Serial #:
- Type: ☐ Student ☐ Standard ☐ Senior Citizen ☐ Handicapped ☐ Transit Employee ☐ Police
- Method Of Flight: N/A
- Statement Made By Perpetrator During Commission Of Offense: N/A

## M.O. (Check All That Apply)

- ☐ Asked Questions/Offered Assistance
- ☐ Bag Opener
- ☐ Bicycle Used
- ☐ Car Jack
- ☐ Con Game
- ☐ Deception Used
- ☐ Entry Through Window/Fire Escape
- ☐ Followed Victim Along Street
- ☐ Followed Victim To/From ATM/Bank
- ☐ Hijack
- ☐ Jewelry/Neck Chain Snatch
- ☐ Jumped From Vehicle
- ☐ Motorcycle Used
- ☐ Note Was Passed
- ☐ Opened Safe
- ☐ Payroll
- ☐ Perp Made Statement
- ☐ Perp Offered Sex
- ☐ Pick Pocket
- ☐ Property Snatched From Hand
- ☐ Push-In
- ☐ Purse/Wallet Snatch
- ☐ Took Victim To Isolated Area
- ☐ Other

### Transit M.O.
- ☐ Escaped Between Train Cars
- ☐ Escaped By Track/Tunnel
- ☐ Followed Victim From Street To Subway
- ☐ Held Train Doors
- ☐ Lush Worker
- ☐ Reached From Moving Train
- ☐ Removed Victim From Subway System
- ☒ Unk.

### Actions Toward Victim (Check All That Apply)
- ☐ Fired Shot At
- ☐ Injury Using Physical Force
- ☐ Made Victim Strip
- ☐ Pepper/Chemical Spray
- ☐ Stabbed/Slashed/Cut
- ☐ Struck With Object
- ☐ Tied/Handcuffed
- ☐ Tortured
- ☐ Used/Threat With Flame
- ☒ Unk/None
- ☐ Other

### Head Gear
- ☐ Baseball Cap
- ☐ Beret/Military Cap
- ☐ Cowboy Hat
- ☐ Mask
- ☐ Ski Cap/Watch Cap
- ☐ Skull Cap
- ☐ Stocking Cap
- ☐ Straw Hat/Fedora
- ☐ Turban
- ☒ Unk/None
- ☐ Other — Color:

### Foot Wear
- ☐ Barefoot
- ☐ Boots
- ☐ Dress Shoes
- ☐ High Heels
- ☐ Loafers/Moccasins
- ☐ Roller Blades
- ☐ Sandals
- ☐ Sneakers
- ☐ Workboots
- ☐ Unk
- ☐ Other — Color: Black

### Outer Wear
- ☐ Gang/Team/School Jacket
- ☐ Leather, Suede, Fur Trim
- ☐ Military Clothing
- ☐ Overcoat/Top Coat
- ☐ Snorkel/Ski Hooded Jacket
- ☐ Sport/Dress Jacket
- ☐ Sweater/Vest
- ☐ Sweat Shirt/Jogging Jacket
- ☐ T-Shirt/Tank Top
- ☒ Waist Length Jacket
- ☐ Unk/None
- ☐ Other — Color: Black

### Special Characteristics (Check All That Apply)
- ☐ Arm (Amputee)
- ☐ Ears
- ☐ Eyes
- ☐ Hand/Arm
- ☐ Leg (Amputee)
- ☐ Lips
- ☐ Nose
- ☐ Sideburns
- ☐ Tracks
- ☐ Speech Impairment/Stutter
- ☐ Skin Condition
- ☐ Beard
- ☐ Eyebrows
- ☐ Goatee
- ☐ Left Handed
- ☐ Limp
- ☐ Mustache
- ☐ Odor
- ☐ Teeth
- ☐ Very Muscular
- ☐ Eye Glasses
- ☐ Sun Glasses
- ☒ Unk/None
- ☐ Other

### Hairstyle
- ☐ Afro
- ☐ Bald
- ☐ Bald (Partial)
- ☐ Braids
- ☐ Caesar
- ☐ Close Cut
- ☐ Com Rows
- ☐ Crew
- ☒ Curly/Wavy
- ☐ Dreadlocks
- ☐ Kinky
- ☐ Ponytail
- ☐ Processed
- ☐ Shaved
- ☐ Straight
- ☐ Wig
- ☐ Unk
- ☐ Other

### Skin Tone
- ☒ Light
- ☐ Medium
- ☐ Dark
- ☐ Unk

### Complexion
- ☐ Blotchy
- ☒ Clear
- ☐ Flushed/Ruddy
- ☐ Pimpled
- ☐ Tan
- ☐ Yellow

### Other Clothing/Accessories
- ☐ Bag/Briefcase
- ☐ Dirty/Torn/Messy
- ☐ Gloves
- ☐ Jeans
- ☐ Jewelry
- ☐ Radio Used
- ☐ Scarf/Bandana/Sweatband
- ☐ Shorts — Color: Black
- ☐ Brown
- ☐ Freckled
- ☐ Olive
- ☐ Pocked
- ☐ Wrinkled
- ☐ Unk
- ☐ Other
- ☐ Skirt/Dress
- ☐ Slacks
- ☐ Sweat/Jogging Clothes
- ☐ Tools/Keys
- ☐ Uniform
- ☒ Well Dressed
- ☐ Work Clothes
- ☐ Unk/None
- ☐ Other

### Distinguished Body Marks
| #1 | #2 | Mark |
|---|---|---|
| ☐ | ☐ | Birthmark |
| ☐ | ☐ | Body Piercing |
| ☐ | ☐ | Scar |
| ☐ | ☐ | Tattoo (Can't Describe) |
| ☐ | ☐ | Tattoo Picture |
| ☐ | ☐ | Tattoo Word |
| ☐ | ☐ | Tattoo Word & Picture |
| ☒ | ☒ | Unk/None |
| ☐ | ☐ | Other |

### Body Mark Location
| #1 | #2 | Location |
|---|---|---|
| ☐ | ☐ | Arm |
| ☐ | ☐ | Face/Head |
| ☐ | ☐ | Hand |
| ☐ | ☐ | Leg |
| ☐ | ☒ | Neck |
| ☐ | ☒ | Torso |

### Describe Tattoo
- Words: #1 _____  #2 _____
- Picture: #1 _____  #2 _____

### Impersonation Of
- ☐ Customer/Client
- ☐ Employee
- ☐ Female
- ☐ Law Enforcement Officer
- ☐ Male
- ☐ Security Officer
- ☐ Public Servant
- ☐ Utility Worker
- ☒ Unk/None
- ☐ Other

# COMPLAINT REPORT WORKSHEET
PD 313-152A (Rev. 10-09)

2011-75-000270

☒ Complaint Report
☐ Juvenile Report

**Cmd./Pct. Taking Report:** 075

**Jurisdiction Of Complaint:** ☐ NYPD (Unless One Of The Following):
- ☐ NYPD Transit Bureau
- ☒ NYPD Housing Bureau
- ☐ Port Authority Police
- ☐ Triborough Bridge And Tunnel Police
- ☐ N.Y. State Park Police
- ☐ Amtrak Police
- ☐ Conrail Police
- ☐ Staten Island Rapid Transit Police
- ☐ N.Y. State Police
- ☐ Long Island Railroad M.T.A.
- ☐ U.S. Park Police
- ☐ Health & Hospitals Corp. Police
- ☐ Metro North M.T.A.
- ☐ Other

**Location Of Occurrence:** ☒ In Front Of
**Address:** 275 Miller Ave
**County:** Kings

**Military Time And Date Of This Report:** 2100  1/6/11
**Occurrence On Or From:** Time 1940 Date 1/6/11 Day Thurs
**Occurrence Through:** Time 1950 Date 1/6/11 Day Thurs

**Pct. Of Occ.:** 75
**Complaint #:** 270
**Case Status:** ☒ Closed
**Unit Referred To:** Arrest

☒ Completed

**Report Classification:** CPW

**Premises Type:** ☒ Residence – Private House

**Details:** At t/p/o A/O observed deft in possession of a loaded firearm in plain view.

**Supervisor On Scene:** ☒ Yes
**Rank:** Sgt **Name:** Ruiz

## VEHICLE

| Vehicle Was: ☐ Stolen ☐ Attempted Stolen ☐ Unauthorized Use ☐ Used in a Crime ☐ Other | Plate(s): ☐ Lost ☐ Stolen | No. of Plates | License Plate No. | State | Expiration | Type | VIN No. | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Make | | Model | Style | Color | Ins. Code | Policy No. | Invoice No. | |

| Vehicle Recovered Prior to Alarm Transmittal ☐ Yes ☐ No | Alarm Transmitted ☐ Yes ☐ No | Alarm No. | Precinct | Transmitted By (Rank, Name) | Time | Date |
|---|---|---|---|---|---|---|

Vehicle Stolen/Attempted Stolen From: ☐ Parking Lot  ☐ Public Garage  ☐ Non-Public Garage  ☐ Street  ☐ Driveway  ☐ Other

**Vehicle:**
☐ Damaged Non-Motor Vehicle Accident  ☐ Vehicle Parts/Accessories Removed
☐ Damaged Vehicle Accident  ☐ Property Removed From Vehicle

Veh. Held For Forfeiture: ☐ Yes  ☐ No

Was Property: ☐ Found ☐ Lost ☐ Stolen   Was Property: ☐ Business ☐ Personal ☐ Both ☐ Unknown   Owner Identification No.

IMEI No.    IMEI No.

## PROPERTY

| Item No. | Quantity | Description Of Item - Brand, Model, Serial No. | Value Lost | Value Stolen | Value Recovered |
|---|---|---|---|---|---|
| | | | | | |

## EVIDENCE

Evidence Collected ☒ Yes ☐ No    Evidence Collection Team/Crime Scene Requested ☒ Yes ☐ No

Evidence: .22 caliber pistol    Invoice No. R749258
Evidence: CD    Invoice No. R749259
Evidence: Personal Property    Invoice No. R749260
Evidence: _____    Invoice No. _____

## NOTIFICATIONS TO:

| Rank/Title | NAME | Unit/Agency | Log No. |
|---|---|---|---|
| | | | |

ADDITIONAL COPIES FOR (Specify):

| Rank/Title | Reporting/Investigating M.O.S. Name (Print) | Signature | Tax Registry No. | Command Rep. Agency |
|---|---|---|---|---|
| | Labren Samath | | [redacted] | BAL/NYPD |
| Rank/Title | Supervisor Approving Name (Print) | Signature | Tax Registry No. | Command Rep. Agency |
| | | | [redacted] | CIS/NYPD |
| Rank/Title | Complaint Report Entered in System By (Print) | Signature | Tax Registry No. | Command Rep. Agency |