EXHIBIT B

```
 1                    POLICE OFFICER RAVICH
 2
 3    Q.    Good afternoon.
 4          A.    Good afternoon.
 5    Q.    Please state your name, shield, and command for
 6    the record.
 7          A.    My name is officer Ravich, my shield number
 8    is 14673, my command is PSA2 Gang Task Force.
 9    Q.    By whom are you employed?
10          A.    New York City Police Department.
11    Q.    In what capacity?
12          A.    As a Police Officer.
13    Q.    I'm going to direct your attention to January 6,
14    2011, at about 7:40 PM, where were you at that time?
15          A.    I was on patrol in the vicinity of 275 Miller
16    Avenue.
17    Q.    What county is that in?
18          A.    Kings County.
19    Q.    What did you observe at that time?
20          A.    I observed a 2009 grey Honda Accord double
21    parked on the street blocking the flow of traffic.
22    Q.    How many lanes are there on that street?
23          A.    One lane.
24    Q.    What did you observe when you observed this?
25          A.    I conduct a car stop.  I turned on my lights
```

```
 1    on and I approached the car on the driver side.
 2    Q.   When you approached this vehicle, what was the
 3    lighting like in that area?
 4         A.   It was lit by street lights.
 5    Q.   What did you observe?
 6         A.   As I went towards the driver side, I shined
 7    my light into the vehicle and I saw a revolver directly
 8    behind the driver on top of a box in unobstructed view.
 9    Q.   What kind of light?
10         A.   LED hand held flash light.
11    Q.   How is this vehicle occupied?
12         A.   By the driver.
13    Q.   Was there anyone else in the vehicle?
14         A.   No.
15    Q.   Was the engine running?
16         A.   Yes.
17    Q.   Were the keys in the ignition?
18         A.   Yes.
19    Q.   The driver, did you know this person?
20         A.   No.
21    Q.   Did you later learn the name to be Maynor Estrada?
22         A.   I did.
23    Q.   Is that the defendant in this case?
24         A.   Yes.
25    Q.   What did you do when you observed this?
```

```
 1         A.    I asked the driver for his license
 2   registration and insurance card and I asked him to step
 3   out of the car.
 4   Q.    You said you asked him for his license
 5   registration and insurance, were you able to determine
 6   who the vehicle belonged to?
 7         A.    Yes.
 8   Q.    Who was it?
 9         A.    The defendant.
10   Q.    When the defendant stepped out of the vehicle, did
11   the defendant make any statements to you?
12         A.    He said, he was looking for an address.
13   Q.    Was that the defendants full statement?
14         A.    Yes.
15   Q.    Did you recover anything from the vehicle?
16         A.    Yes, a 22 caliber revolver.
17   Q.    Was this revolver loaded?
18         A.    Yes.
19   Q.    How was this revolver loaded?
20         A.    Eight shots in the cylinder.
21   Q.    What was done with the revolver after?
22         A.    Vouchered and sent for testing.
23   Q.    What number was it vouchered under?
24         A.    R749258.
25   Q.    No further questions for you at this time.  Please
```