EXHIBIT C




**OFFICE OF CHIEF MEDICAL EXAMINER**
520 First Avenue, New York, New York 10016

**DEPARTMENT OF FORENSIC BIOLOGY**
421 East 26th Street, New York, New York 10016
Mechthild Prinz, PhD, Director
Telephone: 212.323.1200  Fax: 212.323.1590
Email: dnalab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

**DATE:** February 10, 2011

## LABORATORY REPORT

**ENTITY:** PSNY

**COMPLAINT NO:** 2011-075-00270

**SUSPECT:** Maynor Estrada

**LAB NO:** FB11-00191

**START DATE:** 01/11/11

**ARREST NO:** K11601757

### RESULTS AND CONCLUSIONS:

Human DNA sufficient for PCR DNA testing was found on the following sample:

- swabs of "22 S&W revolver serial #N42618"

PCR DNA testing was done, and there are results suitable for comparison.

Comparison could be done upon submission of a sample from a suspect and/or elimination sample. Comparison will require approximately 30 days.

Further testing could be done upon submission of additional evidence. Further analysis will require approximately 60 days.

PCR DNA typing using the AmpFℓSTR® Identifiler® PCR Amplification Kit was done on the sample listed below. A mixture of DNA from at least 3 people was found.

- swabs of "22 S&W revolver serial #N42618"

The DNA profiles of the individual contributors to the mixture could not be determined; however the results are suitable for comparison.




**OFFICE OF CHIEF MEDICAL EXAMINER**
520 First Avenue, New York, New York 10016

**DEPARTMENT OF FORENSIC BIOLOGY**
421 East 26th Street, New York, New York 10016
Mechthild Prinz, PhD, Director
Telephone: 212.323.1200  Fax: 212.323.1590
Email: dnalab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

DATE: September 15, 2011

## LABORATORY REPORT

**SUSPECT:** Maynor Estrada                          **LAB NO:** FB11-S1083

**COMPLAINT NO:** 2011-075-00270   **ARREST NO:** K11601757   **START DATE:** 08/18/11

**RESULTS AND CONCLUSIONS:**

PCR DNA typing using the AmpFℓSTR® Identifiler® PCR Amplification Kit was done on the oral swab from Maynor Estrada. A DNA profile was determined.

This profile was compared to the results in the following case:

| FB number  | Complaint Number | Victim Name | Report date       |
|------------|------------------|-------------|-------------------|
| FB11-00191 | 2011-075-00270   | PSNY        | February 10, 2011 |

Maynor Estrada **is excluded** as a contributor to the sample listed below.

- swabs of "22 S&W revolver serial #N42618"

The DNA profile of Maynor Estrada does not match any PCR (STR) DNA profiles in the local OCME database to date.

The DNA profile above is suitable for entry into the OCME local DNA databank.