EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS : CRIMINAL TERM : PART 30

- - - - - - - - - - - - - - - - - - -X

THE PEOPLE OF THE STATE OF NEW YORK      :      INDICTMENT NO.
                                                274/2011

            - against -      :

MAYNOR ESTRADA      :

                        DEFENDANT      :      CALENDAR CALL

- - - - - - - - - - - - - - - - - - -X

                          320 JAY STREET
                          BROOKLYN, NEW YORK 11201

                          MAY 8, 2013

BEFORE:      HONORABLE ELIZABETH A. FOLEY,
                                    JUSTICE

APPEARANCES:

                CHARLES J. HYNES, ESQ.
                    District Attorney, Kings County
                    BY:  KERRY ROWE, ESQ.
                        Assistant District Attorney

                PETER GUADAGNINO, ESQ.
                    Attorney for Defendant

                            LAUREN K. GANZMAN
                            SENIOR COURT REPORTER

PROCEEDINGS                                    2

THE CLERK:  Calling number one on the trial calendar, Indictment 274 of 2011, Maynor Estrada.  The Spanish interpreter is required and present.

MR. GUADAGNINO:  Peter Guadagnino, for Mr. Estrada.

Good morning, your Honor.

MS. ROWE:  Your Honor, at this point in time, the People move to dismiss this case in the interest of justice.  The defendant has passed a polygraph test.  The DNA that was recovered from the gun did not match the defendant's, so the People do move to dismiss.

THE COURT:  You're going to miss seeing me every couple months; right, Mr. Estrada?

THE DEFENDANT:  Yeah.

THE COURT:  I wish you good luck, sir.

The case is dismissed and sealed.

MR. GUADAGNINO:  And can you exonerate bail, if there is any?

THE COURT:  Bail is exonerated.

        *       *       *       *       *

CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT OF THE MINUTES TAKEN IN THE ABOVE-TITLED PROCEEDING.

LAUREN K. GANZMAN
SENIOR COURT REPORTER

- LKG -